# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2007

132420

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellant,

v

                                       SC: 132420
                                       COA: 265851
                                       Wayne CC: 96-002162

LEVIE WILLIAMS,
       Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the November 2, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion, and we REMAND this case to the Court of Appeals for consideration of whether *Crawford v Washington*, 541 US 36; 124 S Ct 1354; 158 L Ed 2d 177 (2004), precludes admission of the deceased victim's prior testimony on retrial.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2007

s0117

_____
Clerk